

NUMBER 13-07-00518-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

HMC HOSPITALITY OPERATING
COMPANY AND GRAYBAR
ELECTRIC COMPANY, INC.,                                          Appellants,

v.

ALVARO GONZALEZ, ET AL.,                                          Appellees.

---

**On appeal from the 93rd District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion by Justice Garza**

On February 26, 2008, appellant, HMC Hospitality Operating Company ("HMC"),

filed an unopposed motion to dismiss its underlying accelerated interlocutory appeal filed

against appellees, Alvaro Gonzalez, The Gonzalez-DLS Family Limited Partnership,

Brownsville SB, L.P., and Ascension Hospitality Management, L.L.C. In this motion, HMC asserts that the parties mediated their claims and came to an agreement on October 22, 2007. The terms of the agreement provided that HMC would seek to dismiss this appeal and each party would be responsible for its own costs. In addition, appellant Graybar Electric Company, Inc. filed an emergency expedited motion for severance.

The Court, having examined and fully considered appellant HMC's unopposed motion to dismiss appeal and appellant Graybar's expedited motion for severance, is of the opinion that the motions should be granted.

Accordingly, HMC HOSPITALITY OPERATING COMPANY's motion to dismiss is GRANTED, and the appeal in cause number 13-07-00518-CV is hereby DISMISSED. *See* Tex. R. App. P. 42(a).

The remaining issues in the appeal will remain docketed under cause number 13-08-00294-CV, styled GRAYBAR ELECTRIC COMPANY, INC. v. ALVARO GONZALEZ, ET AL.

DORI CONTRERAS GARZA,
Justice

Memorandum Opinion delivered and
filed this the 13th day of May, 2008.

2